UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks,
    Plaintiff
    v.
United States of America;
Office of the Attorney General,
    Defendants.
Mildred Greer; Christopher Curry; Eden White; Bruce Pearson; Federal Bureau of Prisons   Defendants

**RECEIVED**
MAY - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 5

(No Docket # was provided by the clerk)

Case: 1:08-mc-00308
Assigned To : Lamberth, Royce C.
Assign. Date : 5/15/2008
Description: miscellaneous

## NOTICE OF APPEAL

Plaintiff Frederick Banks ("Banks") hereby notifies the Court and parties that he appeals from the Judgment and order of the district Court (Judge Lamberth) "Leave to file is Denied" which denied that the Complaints be filed entered on or about 4/18/08 to the United States Court of Appeals for the DC Circuit.

On appeal Banks requests that the Appeals Court construe the Notice of Appeal as a Mandamus since the District Court did not articulate any reasons for denying Banks leave to file the above two complaints and remand to the District Court for reconsideration under 28 USC § 1651.

Respectfully Submitted,

Frederick Banks
05711-068
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

Certificate of Service

I hereby certify that on this 1st day of May, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following. Also, the order denying leave to file the complaints was received on May 1, 2008 from the Clerk.

U.S. Nancy Mayer-Whittington
Clerk, United States District Court
US Courthouse
333 Constitution Ave, NW
Washington, DC 20001

Filed under the prison mailbox rule under perjury postage prepaid. 28 USC §1746; Houston v. Lack 487 US 266 (1988).

Frederick Banks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES ex rel

~~[struck through]~~

FREDERICK BANKS ~~[struck]~~,
 Plaintiffs,

v.

MILDRED GREER; CHRISTOPHER
CURRY; EDEN WHITE; BRUCE
PEARSON; FEDERAL BUREAU OF
PRISONS,
 Defendants

Leave to file DENIED
/s/ Royce C. Lamberth
United States District Judge
4/18/08

Civil Action No.

[ UNDER SEAL ]

## COMPLAINT

AND NOW COMES, The Plaintiffs UNITED STATES ex rel ~~[struck]~~ FREDERICK BANKS ~~[struck]~~ and alleges for their Complaint as follows:

1. This is a qui tam action brought by Plaintiffs under the False Claims Act, 31 USC § 3729 et seq. The allegations contained in the Complaint took place at FCC Yazoo City Low where Frederick Banks, ~~[struck]~~ is presently confined. ~~Banks a licensed attorney has assigned these claims through contract to Alwass-Paseb, assignee, a non inmate who resides in Pennsylvania. In a separate motion attached hereto Banks moves the Court to be admitted pro hac vice to represent Plaintiffs in this action as class counsel or in the alternative for counsel to be appointed to represent Plaintiffs.~~

### Background

2. From on or about July 2007 through February 2008 Defendants violated the False Claims Act.

3. Counselor Eden White is provided notepads and envelopes by the United States Federal Bureau of Prisons to pass out and supply to inmates so that they may keep ties with the community by writing letters and to file legal pleadings.

4. White announced that she would no longer be providing these

RECEIVED
NANCY MAYER-WHITTINGTON
U.S. DISTRICT COURT

envelopes or notepads to inmates and that they would have to purchase them even if they were indigent like Banks.

5. White, instead of passing out the notepads and envelopes she was provided by the United States instead provided them to Inmate Cook, the head orderly who sold them to inmates on White's consent.

6. The Unit typewriter was purchased using the inmate trust fund account and generally was made available to all inmates to type letters and legal pleadings.

7. Greer and White changed this when they refused to allow Banks and other inmates to use the Unit typewriter.

8. Instead Greer and White only allowed Inmate Clerk George Oliver to use the Unit typewriter. Oliver routinely charged inmates to type their papers and charged them to do legal work using the Unit typewriter to draft the pleadings.

9. The Unit contained two and three man cubes. A two man cube was considered the most desirable.

10. White, instead of assigning inmates automatically by seniority to a two man cube only assigned inmates to two man cubes through Oliver who charged inmates to be assigned to a two man cube.

11. Consequently, when Banks complained about not being able to use the Unit typewriter without paying Oliver, he was moved to a different Unit which had no typewriter.

12. All of this activity was done with malice and intent and deceitful conditions of mind. Banks was moved to a new housing Unit when he discovered Defendants fraudulent claims and brought it to their attention.

13. Christopher Turny, Case manager and White made false claims when Banks informed them that he had two Judicial recommendations from the Court. 1) To be placed in the Financial Responsibilities Program, and to be confined at an institution that had the Drug Program, and shortly thereafter at his bi annual Unit Team in his Program Review Report beside a section entitled "Judicial Recommendations" put "none", a false claim.

14. During this t... Banks relayed this information to the Warden through cop outs and the administrative remedy process. Warden Bruce Pearson and Constance Reese took no action even though they had actual knowledge of these events.

15. Defendants knowingly and willfully presented intentional false and fraudulent claims for payment and approval, knowingly made, used, caused and caused to be used false records and statements to get these false and fraudulent claims paid and approved by the government namely that they were providing institutional supplies and services to inmates without a surcharge.

16. Defendants conspired to defraud the government by getting these false and fraudulent claims allowed and paid, had possession, custody and control of property and money used and to be used by the Government to the benefit of federal inmates and intending to defraud the government and willfully to conceal the property, delivered and caused to be delivered, less property than the amount for which Defendants received a certificate and receipt from supplies for, this said property was never accounted for because Defendants concealed these actions.

## COUNT 1 - 25 - FALSE CLAIMS ACT

17. Paragraphs 1 through 16 are hereby incorporated by reference and realleged as if fully set forth again.

18. Defendants knowingly made, used, and caused to be made and used, false records and statements to conceal, avoid, and decrease the obligation to pay and transmit money and property to the Government.

19. Defendants are liable to the United States Government for a civil penalty of $10,000, plus $100,000 damages which the Government sustained because of the actions totaling $110,000.00.

20. The defendants presented and caused to be presented these claims for payment by continually picking up supplies among other things to the Director of the Federal Bureau of Prisons and other agents of the United States. The claims were false and fraudulent, and the defendants knew and should have known that they were false and fraudulent.

21. The allegations made by the plaintiff have not been publicly disclosed and Plaintiff is the original source of this information. Cooper v Blue Cross + Blue Shield 19 F.3d 562 (11th Cir. 1990).

22. All in violation of the False Claims Act.

WHEREFORE, The Plaintiff respectfully requests that Judgment be entered against Defendants in the amount of $110,000.00 and that class counsel be appointed.

Respectfully Submitted,

*[signature]*
Frederick Banks, Pro se
PO Box 5000
Yazoo City, MS 39194

~~for~~ Plaintiff

⑤

## Verification / Evidence

I hereby swear under the penalty for perjury that the information contained in the Complaint is true and correct to the best of my knowledge and belief.

Executed this 6th day of February, 2008 under the penalty for perjury. 28 USC § 1746.

*Frederick Banks*
Frederick Banks

Certificate of Service

I hereby certify that I served a true and correct copy of the foregoing by mail delivery upon the following: (Postage prepaid) on this 28th day of March, 2008.

Nancy Mayer Whittington, Clerk
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Attorney General of the United States
Main Justice Building, Room 5111
950 Pennsylvania Ave, NW
Washington, DC 20530

_____
Frederick Banks