# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

COPY

**No. 08-5151**  **September Term 2007**

1:08mc00308

Filed On: May 28, 2008 [1118305]

In re: Frederick Banks,

    Petitioner

## ORDER

Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. See D.C. Circuit Handbook of Practice and Internal Procedure III.G.3 (2007). Accordingly, it is, on the court's own motion,

**ORDERED** that petitioner's notice of appeal be construed as a petition for writ of mandamus. It is

**FURTHER ORDERED** that by June 27, 2008, petitioner submit a memorandum of law and fact in support of the petition. The memorandum may not exceed 30 pages. Failure by petitioner to comply with this order will result in dismissal of the petition for lack of prosecution. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED**, on the court's own motion, that by June 27, 2008, petitioner either pay the $450 docketing fee to the Clerk, U.S. Court of Appeals for the District of Columbia Circuit, or file with this court a motion for leave to proceed on appeal in forma pauperis. See Attachment.

The Clerk is directed to transmit a copy of this order to the Clerk of the District Court as a request to delay transfer of that court's case until disposition of the petition by this court. The Clerk is further directed to send a copy of this order to petitioner by whatever means necessary to ensure receipt.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                           Elizabeth V. Scott
                           Deputy Clerk

Attachment for Pro Se Parties Only:
    Motion for Leave to Proceed on Appeal In Forma Pauperis